# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 6:96-CR-9-ORL-19KRS

JOHN ANDERSON BUTLER

_____

### ORDER

This case was considered by the Court on Petition on Probation and Supervised Release (Doc. No. 230, filed December 6, 2004), Amended Petition on Probation and Supervised Release (Doc. No. 241, filed February 4, 2005), Report and Recommendation of the United States Magistrate Judge (Doc. No. 246, filed March 8, 2005), and Order to Show Cause at Final Revocation Hearing (Doc. No. 247, filed March 29, 2005) at a hearing held April 19, 2005 attended by Defendant, counsel for Defendant and counsel for the Government.  Upon hearing the matters presented, it is **ORDERED:**

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 246) is **ADOPTED AND APPROVED,** there being no objection filed.

2. The Petition (Doc. No. 230) and Amended Petition (Doc. No. 241) on Probation and Supervised Release are **GRANTED,** and the Defendant's supervised release (Doc. No. 122, filed August 26, 1996 as amended by Doc. No. 168, filed February 25, 1999) is **REVOKED.**

3. Defendant shall be committed to the custody of the United States Bureau of Prisons to be incarcerated for a term of **41 months.**  The Defendant shall be immediately **REMANDED** to the custody of the United States Marshal to await designation of a facility

for service of this sentence. The Court recommends but does not require that Defendant be afforded treatment by the Bureau of Prisons for narcotics addiction.

   4.  The Court has considered the factors enumerated in 18 United States Code Section 3553 including applicable guidelines and policy statements issued by the U.S. Sentencing Commission in imposing this sentence.

   4.  In all other respects the Judgment in a Criminal Case (Doc. No. 122, as amended by Doc. No. 168) remains in full force and effect.

   5.  Upon service of the sentence herein, Defendant shall be discharged from further jurisdiction of this Court in this case.

   6.  Defendant has been advised of his right to appeal.

   **DONE AND ORDERED** at Orlando, Florida, this __19th__ day of April, 2005.

*[Signature: Patricia C. Fawsett]*

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation

United States Pretrial Services
Defendant